**In the Matter of the Application of J. B. KING for an Order of Probable Cause.**

No. 526.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1941.

J. B. King, pro se.

PER CURIAM.

Application for order of probable cause denied.

**David P. LAVIETES, Appellant, v. FERRO STAMPING & MANUFACTURING COMPANY et al., Appellees.**

No. 8522.

Circuit Court of Appeals, Sixth Circuit.

June 25, 1941.

Samuel S. Willis, of Detroit, Mich., and Evans & McCoy and F. O. Richey, all of Cleveland, Ohio, for appellant.

Cook, Smith, Jacobs & Beake, Dykema, Jones & Wheat, and Barnes, Kisselle, Laughlin & Raisch, all of Detroit, Mich., for appellees.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause having been submitted upon the record, briefs and arguments of counsel for the respective parties, and it appearing to the court for the reasons stated in the lower court's opinion, findings of fact and conclusions of law, 19 F.Supp. 561, that its decree in all respects should be affirmed, it is so ordered.

**LIQUOR TRADES STABILIZATION BUREAU, Inc., a Corporation, et al., Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**

No. 9730.

Circuit Court of Appeals, Ninth Circuit.

June 4, 1941.

Sefton & Quattrin, of San Francisco, Cal., for petitioners.

W. T. Kelley, Chief Counsel, Martin A. Morrison, Asst. Chief Counsel, Floyd O. Collins and James W. Nichol, Sp. Attys., all of Washington, D. C., for respondent Federal Trade Commission.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, and that a decree be filed and entered accordingly.